**R O B E R T   M A R I N E L L I ,   E S Q .**
**3 0 5   B R O A D W A Y ,   9 T H   F L O O R**
**N E W   Y O R K ,   N E W   Y O R K   1 0 0 0 7**
**( 2 1 2 )   8 2 2 - 1 4 2 7**
**F A C S I M I L E   ( 2 1 2 )   2 0 2 - 9 6 4 6**

January 21, 2016

By ECF
The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY  10007

Re: *Singleton v. City of New York*, 15 CV 1011 (ALC)

Your Honor:

I represent plaintiff in the above referenced action.  The parties write jointly to respectfully request that the Court remove this case from the Plan for Certain §1983 Cases Against the City of New York (the "Plan"). The parties have discussed settlement extensively, and have exhausted their respective settlement authority and as such wish to move forward with discovery.  Since mediation will not be fruitful, the parties respectfully request that this case be exempted from the Plan.

Thank you for your time and consideration.

Respectfully,

/s

Robert Marinelli