UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RANDY SINGLETON,

                         Plaintiff,

     -v.-

CITY OF NEW YORK et al.,

                      Defendant.
-----------------------------------------------------------------x

ORDER

15 Civ. 1011 (ALC) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      After consultation with the parties, the following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. All requests for documents and interrogatories pursuant to Local Civil Rule 33.3(a) shall be served by November 28, 2016.

2. No discovery shall take place after January 31, 2017.

3. Any request to Judge Carter to make a summary judgment motion shall be filed by January 31, 2017.

4. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices. Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

5. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judge/Gorenstein . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later

than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: November 21, 2016
       New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge