USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/4/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RANDY SINGLETON,

                         Plaintiff,

          -against-

CITY OF NEW YORK et al.;

                        Defendants.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

15 Civ. 01011 (ALC)(GWG)

-----------------------------------------------------------X

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Randy Singleton and defendants City of New York and Charne Jiminez, that plaintiff's 42 U.S.C. § 1983, Failure to Intervene, Malicious Prosecution, Malicious Abuse of Process, and Monell Claims be dismissed with prejudice and without costs to either party. Plaintiff's Illegal Stop and Search, False Arrest and Denial of a Right to a Fair Trial Claims are not being dismissed.

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/4/17

DATED:   August 2, 2017
         New York, New York

Robert Marinelli                            Zachary Carter
Attorneys for Plaintiff                     Corporation Counsel of the City
305 Broadway, Suite 1001                    of New York
New York, New York 10007                    100 Church Street
Telephone (212) 822-1427                    New York, New York 10007
                                            Telephone (212) 354-5044


By:   /s/                                   By:   /s/
      ROBERT MARINELLI                            Christopher Arko

So Ordered:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE