UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

RANDY SINGLETON,

                      Plaintiff,          15-CV-1011 (ALC)

      -against-

CHARNE JIMINEZ (Shield No. 425),     **PLAINTIFF'S PROPOSED VERDICT SHEET**

                    Defendants.

-------------------------------------------------------------------


      **PLAINTIFF RANDY SINGLETON RESPECTFULLY SUBMITS THE FOLLOWING PROPOSED VERDICT SHEET.**

DATED:    December __, 2017
              New York, New York

                                      /s/
                                  Robert Marinelli
                                  305 Broadway, Suite 1001
                                  New York, New York 10007
                                  (212) 822-1427
                                  robmarinelli@gmail.com

                                  *Attorney for Plaintiff*

1. Did Charne Jiminez subject Randy Singleton to an illegal stop and frisk??

                                                                       ____ YES     ___ NO

*If you answered "Yes" to Question 1, answer Questions 2.*

*If you answered "No" to Question 1, proceed to question 5.*

2. What amount of compensatory damages do you award to Randy Singleton under his unlawful stop and frisk claim?

   $_____

3. Do you find that punitive damages are warranted?

   YES_____ NO_____

*If you answered "Yes" to Question 3, answer Questions 4.*

*If you answered "No" to Question 3, proceed to question 5.*

4. What amount of punitive damages do you award to Randy Singleton under his unlawful stop and frisk claim?

   $_____

5. Did Charne Jiminez falsely arrest Randy Singleton?

   YES_____ NO_____

*If you answered "Yes" to Question 5 answer Question 6.*

*If you answered "No" to Question 5 proceed to question 8.*

6. What amount of compensatory damages do you award to Randy Singleton under his false arrest claim?

$_____

7. Do you find that punitive damages are warranted?

YES_____ NO_____

*If you answered "Yes" to Question 7, answer Questions 8.*

*If you answered "No" to Question 7, proceed to question 9.*

8. What amount of punitive damages do you award to Randy Singleton under his false arrest claim?

$_____

9. Did Charne Jiminez deny Randy Singleton the right to a fair trial?

*If you answered "Yes" to Question 9 answer Question 10.*

*If you answered "No" to Question 9, stop, you have reached your verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

10. What amount of compensatory damages do you award to Randy Singleton under his denial of a right to a fair trial claim?

$_____

11.  Do you find that punitive damages are warranted?

YES_____ NO_____

*If you answered "Yes" to Question 11, answer Questions 12.*

*If you answered "No" stop, you have reached your verdict.  Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

12.  What amount of punitive damages do you award to Randy Singleton under his denial of a right to a fair trial claim?

$_____

*Stop, you have reached your verdict.  Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

_____
FOREPERSON

_____
DATE and TIME