

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ASHLEY R. GARMAN**
*Senior Counsel*
agarman@law.nyc.gov
Phone: (212) 356-3539
Fax: (212) 356-3509

December 6, 2017

**BY ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>Randy Singleton v. P.O. Charne Jiminez</u>, 15 Civ. 1011 (ALC)

Your Honor:

   I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant Charne Jimenez (s/h/a "P.O. Charne Jimenez") in the above-referenced action.  Defendant writes, pursuant to the Court's request at the December 1, 2017, final pretrial conference, to provide the Court with a list of the names of individuals, including counsel assigned to this matter, that may be mentioned at trial:

### ATTORNEYS

- Christopher Arko
- Ashley Garman
- Frances Sands
- Omar Siddiqi
- Robert Marinelli
- Drei Munar

### PARTIES AND NONPARTIES

- Randy Singleton
- NYPD Detective Charne Jimenez
- NYPD Detective Thomas Dunsing
- NYPD Police Officer David Robinson
- NYPD Criminalist Aline Barron
- NYPD Lieutenant John Eagan
- NYPD Sergeant Diana Perry

- Akusia Evans
- Karltrese Tolson
- Ivory Singleton
  - K.S.[1]
  - C.S.

We thank the Court for its time and consideration herein.

Respectfully submitted,

/s/

Ashley R. Garman
*Senior Counsel*

cc: Robert Marinelli, Esq. **(By ECF)**

---

[1] On information and belief, K.S. and C.S. are minors; in accordance with Fed. R. Civ. P. 5.2(a), defendant provides only their initials with the electronically-filed version of this letter. Defendant will provide these individuals' full names to the Court at the time of jury selection, or earlier, if required.