| | | |
|---|---|---|
| 1 | A. | Yeah. |
| 2 | Q. | Did you miss any work the day you were arrested? |
| 3 | A. | No. |
| 4 | Q. | Or during the time you were in custody? |
| 5 | A. | No. |
| 6 | Q. | Okay, so when you went to court, you missed work? |
| 7 | A. | Yes. |
| 8 | Q. | Did you miss the whole day of work? |
| 9 | A. | Yes. |
| 10 | Q. | And -- |
| 11 | A. | From the morning job. |
| 12 | Q. | Which one is the morning job? |
| 13 | A. | Gristedes. |
| 14 | Q. | Okay, did you miss any Walgreens work? |
| 15 | A. | Just arrived late. |
| 16 | Q. | All right, and did you miss your Gristedes shift for each of the eight court appearances that you made? |
| 18 | A. | Each one. |
| 19 | Q. | Okay, and are you claiming loss of wages as a result of the incident that is the subject of this lawsuit? |
| 21 | A. | Yeah. |

22        MR. SIDDIQI:  Okay, so to the extent that
23        they have not been produced, Defendants are
24        calling for release of employment records, tax
25        records, and proof of loss of wages.

1   Q.   All right.

2         MR. SIDDIQI:  I am also calling for

3   production of any evidence of lost wages,

4   including previous pay stubs, statements, and a

5   release for employment records, which has not yet

6   been provided to us, okay, and with that we are

7   concluded.  Thank you.

8         MS. MUNAR:  Thank you.

9         MR. SIDDIQI:  Any redirect?

10        MS. MUNAR:  No.

11        MR. SIDDIQI:  Okay, thank you.

12        (Whereupon, at 2:45 P.M., the Examination of

13   this Witness was concluded.)

14

15

16                    _____
                         RANDY SINGLETON

17

18  Subscribed and sworn to before me

19  this _____ day of _____ 20___.

20

21  _____
       NOTARY PUBLIC

22

23

24

25